**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: John P. Barie Jr.  
        Evon R. Barie a/k/a Evon R.  
Spoonhoward a/k/a Evon R. Murphy  
        <u>Debtor(s)</u>

CHAPTER 13

BKY. NO. 21-21802 GLT

**<u>ENTRY OF APPEARANCE AND REQUEST FOR NOTICES</u>**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ **Brian C. Nicholas**
Brian Nicholas
15 Aug 2022, 13:18:59, EDT

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: a8c7cd08f4363b413e61ce9536bb43008a0943ca9ae3c9738330e59c5a666d6d