IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| John P. Barie, Jr. | ) | Case No. 21-21802 GLT |
| Evon R. Barie, | ) | Chapter 13 |
| | ) | |
| Debtors | ) | Document No. WO-2 |
| | ) | |
| Evon R. Barie, | ) | |
| | ) | |
| Social Security No. XXX-XX-2407 | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UPMC and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| | ) | |
| Respondents | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on August 31, 2022, a true and correct copy of the *Amended Order to Pay Trustee along with the Notification of Debtor's Social Security Number* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

UPMC
Attn: Payroll Dept.
600 Grant Street
Floor 56
Pittsburgh, Pa 15219

John Barie, Jr.
Evon Barie
566 Harrison Street
Pittsburgh, Pa 15237

Served by ECF Mail
Ronda J. Winnecour, Trustee

Date of Service: August 31, 2022

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
llamb@steidl-steinberg.com
PA I.D. No. 209201