**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
JOHN P. BARIE, JR.                                           Case No. 21-21802GLT
EVON R. BARIE

           Debtor(s)                                           Chapter 13
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

           Movant                                            Document No __
    vs.
WELLS FARGO BANK NA D/B/A WELLS
FARGO AUTO

           Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    Per debtor attorney the vehicle has been totaled.

WELLS FARGO BANK NA D/B/A WELLS FARGO          Court claim# 1/Trustee CID# 3
AUTO
PO BOX 17900
DENVER, CO 80217-0900

The Movant further certifies that on 01/17/2024 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                                            /s/ Ronda J. Winnecour
                                                            RONDA J WINNECOUR PA ID #30399
                                                            CHAPTER 13 TRUSTEE WD PA
                                                            600 GRANT STREET
cc:  debtor(s)                                       SUITE 3250 US STEEL TWR
     original creditor                            PITTSBURGH, PA  15219
     putative creditor                            (412) 471-5566
     counsel for debtor(s)                        cmecf@chapter13trusteewdpa.com
     counsel for the creditor(s) (if known)

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| JOHN P. BARIE, JR., EVON R. BARIE, 566 HARRISON STREET, PITTSBURGH, PA 15237 | LAUREN M LAMB ESQ, STEIDL & STEINBERG, 707 GRANT ST 28TH FLOOR, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR: | : |
| WELLS FARGO BANK NA D/B/A WELLS FARGO AUTO, PO BOX 17900, DENVER, CO  80217-0900 | WELLS FARGO BANK NA DBA WELLS FARGO AUTO, PO BOX 130000, RALEIGH, NC  27605 |
| NEW CREDITOR: | |