FILED
1/16/24 1:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 21-21802 GLT |
| John P. Barie, Jr. (deceased) and Evon R. Barie, Debtors | ) ) | Chapter 13 |
| | ) | |
| John P. Barie, Jr. (deceased), Movant | ) ) | Related to Docket No. 55 |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

## ORDER OF COURT

AND NOW, to wit, this __16th Day of January__, 2024, it is hereby ORDERED, ADJUDGED, and DECREED, that John P. Barie, Jr. is hereby excused from completing the Personal Financial Management Course.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21802-GLT |
| John P. Barie, Jr. | Chapter 13 |
| Evon R. Barie | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John P. Barie, Jr., Evon R. Barie, 566 Harrison Street, Pittsburgh, PA 15237-4414 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Lauren M. Lamb | on behalf of Debtor John P. Barie  Jr. julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Joint Debtor Evon R. Barie julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 1

Marisa Myers Cohen
       on behalf of Creditor PennyMac Loan Services LLC. ecfmail@mwc-law.com, mcohen@mwc-law.com

Marisa Myers Cohen
       on behalf of Creditor PENNYMAC LOAN SERVICES LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
       ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
       cmecf@chapter13trusteewdpa.com

TOTAL: 8