FILED
3/13/24 3:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 21-21802-GLT |
| | : | Chapter: | 13 |
| John P. Barie, Jr. | : | | |
| Evon R. Barie | : | | |
| | : | Date: | 3/13/2024 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**   #64 - Objection to Debtor's Claim of Exemptions
  #67 - Response filed by Debtor

**APPEARANCES**:
  Debtor:   Lauren M. Lamb
  Trustee:   Owen Katz

**NOTES:**   [9:44]

*Parties consent to case being called early*

Katz: Trustee prepared to withdraw objection.

**OUTCOME:**

1) For the reasons stated on the record, the *Chapter 13 Trustee's Objection to Debtors' Amended Exemptions* [Dkt. No. 64] is DENIED as withdrawn. [Text order].

**DATED:**  3/13/2024