UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

IN RE:

  EVON R BARIE

CASE NO:  21-21802

CHAPTER:  13

Debtor (s)

## NOTICE OF CLAIM SATISFACTION

As to Claim 1 filed on 08/24/2021, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

5/29/2024

  /s/Anthony Vasquez

  Bankruptcy Processor

  Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

RECEIVED

MAY 3 1 2024

CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLANIA

**CERTIFICATE OF SERVICE**

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

IN RE:    EVON R BARIE                          CASE NO:    21-21802

                                                CHAPTER:    13

Debtor (s)

In addition to the parties who will be served via the Court's ECF system, I certify that on 5/29/2024, I served a true and correct copy of the above notice of claim satisfaction on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.

5/29/2024                              /s/Anthony Vasquez
                                       Bankruptcy Processor
                                       Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

RECEIVED

MAY 3 1 2024

CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLANIA