FILED
9/17/24 11:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| John P. Barie, Jr. and Evon R. Barie, | ) | Case No. 21-21802-GLT |
| | ) | Chapter 13 |
| Debtors | ) | |
| | | Related to Docket No. 81 |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***:**

☐     a motion to dismiss case or certificate of default requesting dismissal

✗     a plan modification sought by:     Debtors

☐     a motion to lift stay
       as to creditor

☐     Other:

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

     Chapter 13 Plan dated
☐ X Amended Chapter 13 Plan dated
     January 30, 2024
is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

✗     Debtors' Plan payments shall be changed from $   2,818.00   to

$ <u>2,866.00</u>   per month, effective   <u>October, 2024</u>  ; and/or the Plan term shall be changed from   months to   months.   .

☐   In the event that Debtors fail to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtors and Debtors' Counsel a notice of default advising the Debtors that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtors fail to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐   Debtors shall file and serve    on or before   .

☐   If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐   If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as   may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

X   Other:   <u>PennyMac Loan Services, LLC shall be paid $1,404.04 beginning October 1, 2024 per the Notice of Mortgage Payment Change filed August 27, 2024.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this _ 17th Day of September, 2024

Dated: __September 17, 2024__

_____
Gregory L. Taddonio    **drb**
Chief United States Bankruptcy Judge

Stipulated by:

/s/Lauren M. Lamb
Counsel to Debtors
Lauren M. Lamb, Esquire
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com

Stipulated by:

/s/James Warmbrodt
Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21802-GLT |
| John P. Barie, Jr. | Chapter 13 |
| Evon R. Barie | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 17, 2024 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John P. Barie, Jr., Evon R. Barie, 566 Harrison Street, Pittsburgh, PA 15237-4414 |
| sp | + | Cynthia Berger, Law Offices of Berger & Green, 800 Waterfront Drive, Pittsburgh, PA 15222-4755 |
| 15402422 | + | National Hospital Collections, 16 Distributor Drive, Suite 2, Morgantown, WV 26501-7209 |
| 15402431 | + | Wexford Cardiology, 3607 Roesemont Ave., Camp Hill, PA 17011-6943 |
| 15402432 | + | Yvonne Barie, 72 South Euclid Ave., Pittsburgh, PA 15202-3813 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Sep 17 2024 23:39:41 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15402411 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 17 2024 23:37:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15402412 | + | Email/Text: Bankruptcy@BAMcollections.com | Sep 17 2024 23:37:00 | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 15402419 | + | Email/Text: Webcollex@ebn.phinsolutions.com | Sep 17 2024 23:37:23 | CKS Financial, Attn: Bankruptcy, Po Box 2856, Chesapeake, VA 23327-2856 |
| 15402413 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 17 2024 23:39:37 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15405623 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 17 2024 23:39:50 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15402417 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2024 00:01:43 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15402418 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2024 00:01:21 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15423162 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 17 2024 23:37:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 15402421 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 17 2024 23:37:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15421135 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 18 2024 00:00:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15423969 | + | Email/Text: heather.mauro@northwest.com | Sep 17 2024 23:37:00 | Northwest Bank, PO Box 337, Warren, PA 16365-0337 |
| 15402423 | + | Email/Text: angela.abreu@northwest.com | Sep 17 2024 23:37:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, |

Case 21-21802-GLT   Doc 84   Filed 09/19/24   Entered 09/20/24 00:28:31   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 17, 2024 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Warren, PA 16365-0128 |
| 15425405 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2024 23:39:25 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15412259 | + | Email/Text: jlc@mbm-law.net Sep 17 2024 23:37:00 | | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15418500 | + | Email/PDF: ebnotices@pnmac.com Sep 18 2024 00:01:43 | | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15402424 | + | Email/PDF: ebnotices@pnmac.com Sep 18 2024 00:01:22 | | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15422387 | | Email/Text: bnc-quantum@quantum3group.com Sep 17 2024 23:37:00 | | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15402425 | + | Email/Text: bankruptcy@sw-credit.com Sep 17 2024 23:38:00 | | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 15402800 | ^ | MEBN Sep 17 2024 23:34:35 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15402427 | + | Email/PDF: ais.sync.ebn@aisinfo.com Sep 17 2024 23:39:27 | | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15402428 | + | Email/Text: BankruptcyNotice@upmc.edu Sep 17 2024 23:38:00 | | UPMC, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 15422068 | | Email/Text: BNCnotices@dcmservices.com Sep 17 2024 23:37:00 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15402420 | | Email/Text: dispute@velocityrecoveries.com Sep 17 2024 23:37:00 | | Cks Prime In, 1800 Route 34 N, Wall, NJ 07719 |
| 15405107 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Sep 18 2024 00:01:24 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 15402430 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Sep 17 2024 23:39:21 | | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | | PennyMac Loan Services, LLC. |
| 15402426 | | Syncb/walmart |
| cr | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 15402414 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15402415 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15402416 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15402429 | *+ | UPMC, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |

TOTAL: 3 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 17, 2024 | Form ID: pdf900 | Total Noticed: 31 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2024         Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2024 at the address(es) listed below:**

**Name**         **Email Address**

Brent J. Lemon
　　on behalf of Creditor PENNYMAC LOAN SERVICES  LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com

Denise Carlon
　　on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com

Jennifer L. Cerce
　　on behalf of Creditor Penn Hills School District jlc@mbm-law.net

Lauren M. Lamb
　　on behalf of Joint Debtor Evon R. Barie julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Lauren M. Lamb
　　on behalf of Debtor John P. Barie  Jr. julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Marisa Myers Cohen
　　on behalf of Creditor PennyMac Loan Services  LLC. ecfmail@mwc-law.com, mcohen@mwc-law.com

Marisa Myers Cohen
　　on behalf of Creditor PENNYMAC LOAN SERVICES  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
　　ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
　　cmecf@chapter13trusteewdpa.com

TOTAL: 9