IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| John P. Barie, Jr. and | ) | Case No. 21-21802-GLT |
| Evon R. Barie, | ) | Chapter 13 |
| | ) | |
| Debtors | ) | Document No. WO-2 |
| | ) | |
| Evon R. Barie, | ) | |
| Social Security No. XXX-XX-2407 | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UPMC and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondents | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 23, 2024, a true and correct copy of the *Amended Order to Pay Trustee* along with the *Notification of Debtor's Social Security Number* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Via ECF mail
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Evon R. Barie
566 Harrison St.
Pittsburgh, PA 15237

UPMC
Attn: Payroll Dept.
600 Grant Street Floor 56
Pittsburgh, PA 15219

Date of Service: September 23, 2024

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
llamb@steidl-steinberg.com
PA I.D. No. 209201