FILED
9/14/26 9:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 21-21802-GLT |
| John P. Barie, Jr. | ) | |
| Evon R. Barie | ) | Chapter 13 |
| Debtor(s) | ) | Doc #________ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| vs. | ) | Related to Docket No. 94 |
| John P. Barie, Jr. | ) | |
| Evon R. Barie | ) | |
| Respondent(s) | ) | |

WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on August 28, 2026 (document #94) is hereby WITHDRAWN. The hearing scheduled for September 23, 2026 is cancelled.

Respectfully submitted,

9/11/2026

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED
September 14, 2026

drb

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 21-21802-GLT |
| John P. Barie, Jr. | ) | |
| Evon R. Barie | ) | Chapter 13 |
| Debtor(s) | ) | Doc #________ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| vs. | ) | |
| John P. Barie, Jr. | ) | |
| Evon R. Barie | ) | |
| Respondent(s) | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

**All parties on attached mailing matrix**

9/11/26
Date

/s/ Rosa M. Richard
Office of the Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566

United States Bankruptcy Court

Western District of Pennsylvania

In re:
John P. Barie, Jr.
Evon R. Barie
Debtors

Case No. 21-21802-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2
Date Rcvd: Sep 14, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John P. Barie, Jr., Evon R. Barie, 566 Harrison Street, Pittsburgh, PA 15237-4414 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Lauren M. Lamb | on behalf of Joint Debtor Evon R. Barie llamb@steidl-steinberg.com julie.steidl@steidl-steinberg.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com; bwilhelm@steidl-steinberg.com;calendars@steidl-steinberg.com;ken.steidl@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Debtor John P. Barie Jr. llamb@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com; bwilhelm@steidl-steinberg.com;calendars@steidl-steinberg.com;ken.steidl@steidl-steinberg.com |
| Marisa Myers Cohen | on behalf of Creditor PennyMac Loan Services LLC. ecfmail@mwc-law.com, mcohen@mwc-law.com |

Marisa Myers Cohen
on behalf of Creditor PENNYMAC LOAN SERVICES LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

Matthew Fissel
on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 8