**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** John P. Barie Jr.<br>Evon R. Barie a/k/a Evon R. Spoonhoward a/k/a Evon R. Murphy<br>　　　　　　　　　Debtors<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>　　　　　　　　　Movant<br>　　vs.<br><br>John P. Barie Jr.<br>Evon R. Barie a/k/a Evon R. Spoonhoward a/k/a Evon R. Murphy<br>　　　　　　　　　Debtors<br><br>Ronda J. Winnecour, Esq.<br>　　　　　　　　　Trustee | **BK NO. 21-21802 GLT**<br><br>**Chapter 13**<br><br>**Related to Claim No. 8** |

### CERTIFICATE OF SERVICE
### NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on August 25 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtors
John P. Barie Jr.
566 Harrison Street
Pittsburgh, PA 15237

Evon R. Barie a/k/a Evon R. Spoonhoward a/k/a
Evon R. Murphy
566 Harrison Street
Pittsburgh, PA 15237

Attorney for Debtors
Lauren M. Lamb, Esq.
707 Grant Street, Suite 2830 (VIA ECF)
Gulf Building
Pittsburgh, PA 15219

Trustee
Ronda J. Winnecour , Esq.
Suite 3250, USX Tower
600 Grant Street (VIA ECF)
Pittsburgh, PA 15219

Method of Service:  Electronic means or first class mail.

Dated: August 25, 2022

　　　　　　　　　　　　　　　　　　　　　　　　**/s/Brian C. Nicholas, Esquire**
　　　　　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com